Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-5727
kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BETTY LU THRONSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAFECO INSURANCE COMPANY OF ) <br> INDIANA and HUB INTERNATIONAL ) <br> NW, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | **NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> Case No. _____-cv- |

TO: The United States District Court
For the District of Alaska

AND TO: Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501

Please accept this as notice that, pursuant to 28 U.S.C. sections 1331, 1332(a)(1), 1441 and 1446, the above defendants, SafeCo Insurance Company of Indiana and HUB International NW, LLC (HUB) hereby files in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Betty Lu Thronsen v. Safeco Insurance Company of Indiana and Hub International NW, LLC,* filed in the Superior Court

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-22-05695CI. Said defendants have filed a copy of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage and said action has thereby been removed from the Superior Court to this United States District Court. (Ex. A)

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska. Defendant, SafeCo Insurance Company of Indiana is an Indiana corporation whose principal place of business is in Massachusetts and defendant HUB International NW, LLC is a Washington corporation whose principal place of business is in Washington. Accordingly, there is complete diversity of citizenship amongst the parties.

Plaintiff's complaint seeks damages of $100,000 or more.

This removal is being filed within thirty (30) days after service of the complaint on t Safeco (April 22, 2022) and on Hub (April 25, 2022).

Based on the above, this court has removal jurisdiction over this action, and defendants SafeCo and Hub are entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 18th day of May 2022, at Anchorage, Alaska.

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

*Notice of Removal to Federal Court*
Betty Lu Thronsen v. Safeco Insurance Company of Indiana, et al., Case No. 3AN-22-05695CI
Page 2 of 3

Case 3:22-cv-00128-JMK   Document 1   Filed 05/19/22   Page 2 of 4

This removal is being filed within thirty (30) days after service of the complaint on Safeco (April 22, 2022) and on HUB (April 25, 2022).

Based on the above, this court has removal jurisdiction over this action, and defendants SafeCo and HUB are entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 18th day of May 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
Safeco Ins. Co. of Indiana

By: *[signature]*
Kenneth M. Gutsch
Alaska Bar No. 8811186


LANEPOWELL
Attorneys for Defendant
HUB International NW LLC

By: /s/Michael Baylous
Michael B Baylous
Alaska Bar No. 0905022

*Notice of Removal to Federal Court*
Betty Lu Thronsen v. Safeco Insurance Company of Indiana, et al., Case No. 3AN-22-05695CI
Page 3 of 4

Case 3:22-cv-00128-JMK   Document 1   Filed 05/19/22   Page 3 of 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this _18th_ day of May 2022, on:

Jeffrey J. Barber
Barber & Associates, LLC
540 E. Fifth Avenue
Anchorage, AK 99501

_C. B_
RICHMOND & QUINN

I:\2044\2044.313\Notice of Removal to Federal Court.docx

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

*Notice of Removal to Federal Court*
Betty Lu Thronsen v. Safeco Insurance Company of Indiana, et al., Case No. 3AN-22-05695CI
Page 4 of 4

Case 3:22-cv-00128-JMK   Document 1   Filed 05/19/22   Page 4 of 4