Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-5727
kgutsch@richmondquinn.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BETTY LU THRONSEN, )
)
    Plaintiff, )
)
v. )
)
SAFECO INSURANCE COMPANY OF )
INDIANA and HUB INTERNATIONAL )  Case No. 3AN-22-05695CI
NW, LLC, )
)
    Defendants. )
_____ )

### NOTICE OF REMOVAL FROM STATE COURT
### TO UNITED STATES DISTRICT COURT

TO:    Clerk of Court
        Alaska Court System
        Third Judicial District at Anchorage

AND TO:  Jeffrey J. Barber
        Barber & Associates, LLC
        540 E. Fifth Avenue
        Anchorage, AK  99501

    Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice

of Removal, a copy of which is attached hereto as Exhibit A (without Exhibits), effecting

Case 3:22-cv-00128-JMK    Document 1-1    Filed 05/19/22    Page 1 of 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

the removal for all purposes of the above-captioned action, Case No. 3AN-22-05695CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendants SafeCo Insurance Company of Indiana and HUB International NW LLC, on May 18 2022, with the Clerk of the United States District Court for the District of Alaska.

DATED this 18th day of May 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
Safeco Ins. Co. of Indiana

By: _____
Kenneth M. Gutsch
Alaska Bar No. 8811186

LANEPOWELL
Attorneys for Defendant
HUB International NW LLC

By: /s/Michael Baylous
Michael B. Baylous
Alaska Bar No. 0905022

*Notice of Removal from State Court*
Betty Lu Thronsen v. Safeco Insurance Company of Indiana, et al., Case No. 3AN-22-05695CI
Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 18th day of May 2022, on:

Jeffrey J. Barber
Barber & Associates, LLC
540 E. Fifth Avenue
Anchorage, AK 99501

C. B
RICHMOND & QUINN

I:\2044\2044.313\PLD\Notice of Removal from State Court.docx

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

*Notice of Removal from State Court*
Betty Lu Thronsen v. Safeco Insurance Company of Indiana, et al., Case No. 3AN-22-05695CI
Page 3 of 3

Case 3:22-cv-00128-JMK   Document 1-1   Filed 05/19/22   Page 3 of 3