IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BETTY LU THRONSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA and HUB INTERNATIONAL NW, LLC,<br><br>    Defendants. | Case No. 3:22-cv-00128-JMK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

As stipulated by the parties at Docket 14, filed January 25, 2023, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 26th day of January, 2023, at Anchorage, Alaska.

                                                  */s/ Joshua M. Kindred*
                                                     JOSHUA M. KINDRED
                                                 United States District Judge